**DISMISS and Opinion Filed August 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01124-CV**

**ROBERT ALLEN MILLER, Appellant**
**V.**
**SHAWN RAE MILLER, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54375-2018**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated June 20, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor has he corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181124F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROBERT ALLEN MILLER, Appellant

No. 05-18-01124-CV     V.

SHAWN RAE MILLER, Appellee

On Appeal from the 469th Judicial District Court, Collin County, Texas

Trial Court Cause No. 469-54375-2018.

Opinion delivered by Chief Justice Burns, Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that Shawn Rae Miller recover her costs, if any, of this appeal from Robert Allen Miller.

Judgment entered August 21, 2019